A. HERSHEY, Appellant, v. THE BOTNA VALLEY STATE BANK, Appellee.

Original Notice: SERVICE ON ABSENT DEFENDANT: ESTOPPEL: HOMESTEAD.

*Appeal from Mills District Court.*—HON. N. W. MACEY, Judge.

WEDNESDAY, MAY 17, 1893.

ACTION to establish a priority of liens. Judgment for the defendant, and the plaintiff appealed.—*Affirmed.*

*Smith McPherson, L. T. Genung* and *W. S. Lewis,* for appellant.

*E. B. Woodruff* and *P. P. Kelley,* for appellee.

GRANGER, J.—The record in this case presents precisely the same question for determination, and upon the same facts, as was determined in *Botna Val. State Bank v. Silver City Bank,* decided at the last term, and is reported in 87 Iowa, 479. Following the conclusion in that case, the judgment in this is AFFIRMED.